UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Pro se*

Civil Case Number: _____

Curtis Richard Jones
(Write the full name of the plaintiff)

vs.

Officer Forbes, City of Miami police department

(Write the full name of the defendant/s in this case)

FILED by ___ D.C.
JUN 12 2017
STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. - MIAMI

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. **Party Information**

A. Plaintiff: Curtis R. Jones
   Address: 1550 N. Miami Ave Miami FL 33136
   Inmate/Prison No.: Not Applicable / shelter
   Year of Birth: 09 06 1958 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Officer Forbes            Defendant: _____
   Official Position: police officer    Official Position: _____
   Place of Employment: City of Miami Police Department  Place of Employment: _____
   400 N.W. 2nd Ave Miami FL 33128
   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Petitioner Contends that his 8th constitutional amendment was violated; also plaintiff contends his 14th Constitutional amendment was violated Due process. Plaintiff States Incident. On may of 2017 plaintiff property was allegedly Confiscated by officer Forbes of the City of Miami police plaintiff was homeless sleeping on the street with all his property all plaintiff medication ID Birth certificate Court documents. This officer fail to follow policy and procedure as a result plaintiff suffered Mental Break Down.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

The plaintiff is suffering Mental anguist mental anxiety Mental break Down Based on officer Neglegence Plaintiff is disabile and homeless and without funds The plaintiff is requesting 70,000 Seventy thousand dollars for pain and suffering Demand for Jury trial The plaintiff is ready for trial. Comes now Curtis Jones plaintiff In pro'se under the Color of law

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?     ✓ Yes     ___ No

Signed this __12th__ day of __June__, 20__17__

_Curtis Richard Jones_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __6-12-2017__

_Curtis Richard Jones_
Signature of Plaintiff